UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-35-1-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| EMORY SCOTT BIVENS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the undersigned, *sua sponte*, to correct the docket sheet in the above-captioned case.

On September 23, 2004, the clerk's office correctly docketed an order regarding the re-sentence of defendant Emory Scott Bivens [DE 22]. Due to a clerical error, a re-sentence order in another case, 5:01-CR-273-1BO, *USA v. Poole*, was mistakenly docketed in this case on the same day [DE 23].

To correct the docket sheet and avoid confusion, the clerk's office is directed to delete the *Poole* order, both the document and the docket entry [DE 23], from the above-captioned case. The *Poole* re-sentencing order has been filed in the *Poole* case and so no corrective action is necessary in that case.

SO ORDERED.

This the _28_ of _August_____, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE